BRIDGET O'REILLY, DEFENDANT IN ERROR, v. PENN-
SYLVANIA RAILROAD COMPANY, PLAINTIFF IN
ERROR.

Submitted March 22, 1904—Decided September 30, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Alan H. Strong* and *Charles E. Gummere.*

For the defendant in error, *James L. Kelly* and *Clarence S. Biddle.*

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given in the opinion of Mr. Justice Dixon in the Supreme Court, reported in 40 *Vroom* 119.

*For affirmance*—THE CHANCELLOR, GARRISON, FORT, PIT-
NEY, SWAYZE, BOGERT, VREDENBURGH, GREEN, GRAY.   9.

*For reversal*—None.